**FILED**
MAR 1 - 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) CR. NO. **1:06CR63-MEF** | |
| v. ) [18 USC § 922(g)(1)] | |
| ) | |
| REGINALD RANDALL GLANTON ) | |
| ) INDICTMENT | |

The Grand Jury charges:

### COUNT 1

On or about August 5, 2005, in Houston County, within the Middle District of Alabama, the defendant,

REGINALD RANDALL GLANTON,

having been convicted on or about December 1, 1999, in the Circuit Court of Henry County, Alabama, of Unlawful Distribution of a Controlled Substance, case number CC-1999-140, a felony under the laws of the State of Alabama, for which he was sentenced to serve a term of imprisonment in excess of one year, did thereafter knowingly possess in and affecting commerce, a firearm, to-wit: an AMT (Arcadia Machine and Tool), .40 Caliber Pistol, Serial Number A382147 in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATION

A.  Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.  Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

REGINALD RANDALL GLANTON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of

this offense, including but not limited to the following:

One .40 Caliber Pistol, Serial Number A382147.

C.   If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred, sold to, or deposited with a third person;

(3)   has been placed beyond the jurisdiction of the court;

(4)   has been substantially diminished in value; or,

(5)   has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described in paragraph B above, all in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

_____
Foreperson

_____
JOHN T. HARMON
Assistant United States Attorney

_____
TOMMIE BROWN HARDWICK
Assistant United States Attorney