IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) |
| | ) CR. NO. 1:06cr63-MEF |
| REGINALD RANDALL GLANTON | ) |
| | ) |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, _Reginald Glanton_, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

_3-14-06_
DATE

_Reginald Glanton_
DEFENDANT

_[signature]_
ATTORNEY FOR DEFENDANT