**COURTROOM DEPUTY MINUTES**       DATE: _____
**MIDDLE DISTRICT OF ALABAMA**
                                   DIGITAL RECORDING: IA 3:36 – 3:48 pm
                                                       Arr: 3:49 – 3:58 pm

- [✓] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [✓] **ARRAIGNMENT**
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: **DRB**        DEPUTY CLERK: **sql**

CASE NO.: **1:06cr63-MEF**           DEFT. NAME: **Reginald Randall GLANTON**

USA: **Hardwick**                    ATTY: **Walker**
                                     Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
                                                   ( ) Stand In ONLY

USPTSO/USPO: **Thweatt**

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES   NAME: _____

[✓] kars.  Date of Arrest **3-13-06**  or  [ ] karsr40
[✓] kia.   Deft. First Appearance. Advised of rights/charges.  [ ] Pro/Sup Rel Violator
[✓] kcnsl. Deft. First Appearance with Counsel
[ ]        Deft. First Appearance without Counsel
[✓]        Requests appointed Counsel   **ORAL MOTION for Appointment of Counsel**
[✓] kfinaff. Financial Affidavit executed  [ ] to be obtained by PTSO
[✓] koappted  **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
[ ] k20appt.  Panel Attorney Appointed; [ ] to be appointed - prepare voucher
[ ]  Deft. Advises he will retain counsel. Has retained _____
[ ]  Government's ORAL (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
[ ]  Government's WRITTEN Motion for Detention Hrg. filed.
[ ] kdmhrg.  Detention Hearing [ ] held; [ ] set for _____
[ ] kotempdtn.  ORDER OF TEMPORARY DETENTION PENDING HEARING entered
[ ] kodtn.  ORDER OF DETENTION PENDING TRIAL entered
[✓] kocondrls.  Release order entered. Deft. advised of conditions of release
[✓] kbnd.  [ ] BOND EXECUTED (M/D AL charges) $**25,000**. Deft released (kloc LR)
           [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
[ ] kloc.(LC)  Bond NOT executed. Deft to remain in Marshal's custody
[ ]  Preliminary Hearing [ ] Set for _____
[ ] ko.  Deft. ORDERED REMOVED to originating district
[ ] kwvprl.  Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
[ ]  Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
[✓] karr.  ARRAIGNMENT SET FOR: _____  [✓] HELD. Plea of **NOT GUILTY** entered.
           [✓] Set for **7-11-06** Trial Term; [✓] PRETRIAL CONFERENCE DATE: **8-21-06**
           DISCOVERY DISCLOSURES DATE: **3-14-06**
[ ] krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
[ ] krmvhrg.  Identity/Removal Hearing set for _____
[ ] kwvspt.  **Waiver of Speedy Trial Act Rights Executed**