## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
☐ Northern   ☒ Southern   ☐ Eastern

| | |
|---|---|
| HON. Delores Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 6-5-2006 | @ 11:02 ☒ a.m. ☐ p.m |
| DATE COMPLETED 6-5-2006 | @ 11:06 ☒ a.m. ☐ p.m |

CASE NO. 1:06CR63-MEF

UNITED STATES OF AMERICA   VS.   REGINALD RANDALL GLANTON
Plaintiff(s)                      Defendant(s)

### APPEARANCES

**Plaintiff(s)/Government**
Tommie Hardwick

**Defendant(s)**
Kevin Butler

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Law Clerk:
USPO/USPTS:
Crt Rptr:
Interpreter:
Other:

### PROCEEDINGS:

☐ Motion Hearing:
☐ Status Conference          ☐ Oral Argument          ☐ Evidentiary Hrg.
☐ Revocation                 ☐ Scheduling Conf.       ☐ Show Cause
☐ Settlement Conference      ☐ Telephone Conf.        ☐ Sentencing
☐ Non-Jury Trial             ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other

☒ Pretrial Conference

Pending Motions: None
Discovery Status: Complete     Plea Status: Prob.
Trial Status/Length: 1 Day     Trial Term: 9-11-06