# United States District Court

for

Middle District of Alabama

2006 AUG -9  A 9:49

## Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Reginald Randall Glanton            Case Number: 1:06CR00063-MEF

Name of Releasing Judicial Officer: The Honorable Delores R. Boyd, U.S. Magistrate Judge

Date of Release: March 14, 2006

Type of Release: $25,000 unsecured appearance bond

Original Offense: Felon in Possession of Firearm

Date of Next Court Appearance: September 11, 2006 (trial)

Conditions of Release: Report to pretrial services as directed, Maintain or seek employment, No firearms, Drug testing and/or treatment, Report law enforcement contact.

Assistant U.S. Attorney: Tommie Brown Hardwick            Defense Attorney: Samuel Walker

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

Violation Number            Nature of Noncompliance

1.   Condition 7a: "The defendant shall report to Pretrial Services, Middle District of Alabama as directed by the Pretrial Services Officer."

On March 20, 2006, Glanton was directed to report any change in residence to the probation officer. Glanton was approved to reside at his parents residence at 118 Franklin Street, Abbeville, AL 36310. On July 25, 2006, Glanton's mother was contacted and she stated he had not been home for a month and was possibly at his sister's residence in Dothan. That same day, the probation officer traveled to his sister's residence at 3312 Cathy Lou Road, Dothan, AL 36303. Contact was made with Glanton's niece and she stated he was not there at the time and she would tell him to call the probation officer. On the same date, the probation officer again traveled to the residence on Cathy Lou Road and spoke to another individual who also stated he would give Glanton a message to call the probation officer. Glanton has not contacted the probation officer and his whereabouts is unknown.

2.   Condition 7a: "The defendant shall report to Pretrial Services, Middle District of Alabama as directed by the Pretrial Services Officer."

On March 20, 2006, Glanton was instructed to call the probation officer each Monday to report in. Glanton has failed to call in since March 27, 2006.

<u>Supervision history of defendant and actions taken by officer:</u> The defendant has been on release for approximately five months. Glanton resided with his parents in Abbeville and was working for a local farmer, however, has been laid off this job. He submitted a drug test in May which was positive for marijuana. He was advised another drug test would be taken in June. The probation officer has not been able to locate him and he has not contacted the probation officer as instructed.

U.S. Probation Officer Recommendation:

[X]     The term of supervision should be:
    [X]     revoked.

[ ]     The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 8, 2006

Louis D. Johns, Jr.
U.S. Probation Officer

Reviewed and approved: _____
Robert A. Pitcher, Senior U.S. Probation Officer/Officer in Charge

THE COURT ORDERS:

[✓]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     No Action
[ ]     Other

Signature of Judicial Officer

8/9/06
Date