IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | CR. No.: 1:06cr63-MEF |
| ) | |
| **REGINALD RANDALL GLANTON** ) | |

## MOTION TO VACATE TRIAL DATE

COMES NOW undersigned counsel, Kevin L. Butler, and respectfully moves pursuant to 18 U.S.C. §3161(h)(3)(A)(B), this Court to vacate the trial date currently set for September 18, 2006. In support of this Motion, undersigned counsel would show the following.

1. On March 14, 2006, undersigned counsel was appointed to represent Mr. Reginald Glanton.

2. Undersigned counsel has not been able to contact Mr. Glanton by way of mail, phone or personal contact since date of appointment, March 14, 2006.

3. Today, on August 24, 2006, undersigned counsel was informed that the United States Probation Office has issued a warrant for Mr. Glanton's arrest due to his failure to remain in contact with his probation officer.

4. As Mr. Glanton's whereabouts are unknown, undersigned counsel requests pursuant to 18 U.S.C. §3161(h)(3)(A)(B) the trial in this matter be vacated and continued generally until such time as Mr. Glanton can be located.

**FOR THE REASONS ABOVE**, undersigned counsel respectfully requests that this Motion be granted.

    Respectfully submitted,

    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR. No.: 1:06cr63-MEF |
| ) | |
| **REGINALD RANDALL GLANTON** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138