IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cr-063-MEF |
| | ) | (WO) |
| REGINALD RANDALL GLANTON | ) | |

## **O R D E R**

On August 24, 2006, counsel for the defendant filed a Motion to Vacate Trial Date (Doc. #18). Upon consideration of the facts stated in the motion, it is hereby

ORDERED that the motion is GRANTED and the trial of this case is continued generally.

DONE this the 11th day of September, 2006.


/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE