# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: **9-18-2006**

DIGITAL RECORDING: **3:40 – 3:53 pm**

- [x] **INITIAL APPEARANCE**
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: **Boyd**     DEPUTY CLERK: **sql**

CASE NO.: **1:06CR63-MEF**     DEFT. NAME: **Reginald Randall GLANTON**

USA: **Hardwick**     ATTY: **Butler**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO; ( ) Stand In ONLY

USPTSO/(USPO): **Conely**

Defendant ___ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ___ YES NAME: ___

---

- [✓] kars. — Date of Arrest **9-18-06** or [ ] karsr40
- [✓] kia. — Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [✓] kcnsl. — Deft. First Appearance with Counsel
- [ ] Deft. First Appearance without Counsel
- [ ] Requests appointed Counsel  [ ] ORAL MOTION for Appointment of Counsel
- [ ] kfinaff. — Financial Affidavit executed [ ] to be obtained by PTSO
- [ ] koappted — **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- [ ] k20appt. — Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ] Deft. Advises he will retain counsel. Has retained ___
- [ ] Government's ORAL (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ] Government's WRITTEN Motion for Detention Hrg. filed.
- [ ] kdmhrg. — Detention Hearing [ ] held; [ ] set for ___
- [ ] kotempdtn. — **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn. — **ORDER OF DETENTION PENDING TRIAL** entered
- [ ] kocondrls. — Release order entered. Deft. advised of conditions of release
- [ ] kbnd. — [ ] BOND EXECUTED (M/D AL charges) $___. Deft released (kloc LR)
-        [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [✓] kloc.(LC) — Bond NOT executed. Deft to remain in Marshal's custody
- [ ] Preliminary Hearing [ ] Set for ___
- [ ] ko. — Deft. ORDERED REMOVED to originating district
- [✓] kwvprl. — Waiver of [✓] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ] Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- [ ] karr. — ARRAIGNMENT SET FOR: ___ [ ] HELD. Plea of **NOT GUILTY** entered.
-        [ ] Set for ___ Trial Term; [ ] PRETRIAL CONFERENCE DATE: ___
-        DISCOVERY DISCLOSURES DATE: ___
- [ ] krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg. — Identity/Removal Hearing set for ___
- [ ] kwvspt — Waiver of Speedy Trial Act Rights Executed