IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-63-MEF-DRB |
| | ) | |
| REGINALD RANDALL GLANTON | ) | |

**ORDER**

At his initial appearance on September 18, 2006, pursuant to a *Petition for Revocation of Pretrial Release Supervision,* filed August 9, 2006 (Doc. 15), Defendant Glanton made a counseled waiver of a preliminary hearing after being advised of his rights, the violations charged and possible punishment. The court finds, therefore, that the *Petition* sufficiently sets forth probable cause to believe that the violations therein alleged have occurred. It is, therefore, .

**ORDERED** that a **revocation hearing is set at 2:45 p.m. on September 25, 2006,** before the undersigned Magistrate Judge. The defendant is remanded to the custody of the United States Marshal pending the hearing.

Done this 19th day of September, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE