# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☐ Northern  ☒ Southern  ☐ Eastern

HON. Delores Boyd                AT Montgomery, Alabama
DATE COMMENCED 9-25-2006    @ 2:54    ☐ a.m. ☒ p.m
DATE COMPLETED 9-25-2006    @ 3:42    ☐ a.m. ☒ p.m

CASE NO. 1:06CR63-MEF

UNITED STATES OF AMERICA    vs.    REGINALD RANDALL GLANTON
Plaintiff(s)                          Defendant(s)

### APPEARANCES

Plaintiff(s)/Government          Defendant(s)
Tommie Hardwick                  Kevin Butler

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.    Crt Rptr: ___
Law Clerk: ___                  Interpreter: ___
USPO/USPTS: ___                 Other: ___

### PROCEEDINGS:

☐ Motion Hearing: ___
☐ Status Conference         ☐ Oral Argument            ☐ Evidentiary Hrg.
☐ Revocation                ☐ Scheduling Conf.         ☐ Show Cause
☐ Settlement Conference     ☐ Telephone Conf.          ☐ Sentencing
☐ Non-Jury Trial            ☒ Revocation/Prtrl/Supv Rel
☐ Other ___

#### Pretrial Conference
Pending Motions: ___
Discovery Status ___            Plea Status ___
Trial Status/Length ___         Trial Term: ___