AO 432
(Rev. 2/84)

**Administrative Office of the United States Courts**

# WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | OPERATOR | | PAGE NUMBER | |
|---|---|---|---|---|---|
| 09/25/2006 | 1:06CR63-MEF | S. Q. Long, Jr., Clerk | | 1 | |
| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
| Lawanda Glenn | Butler | Hardwick | Butler | Hardwick | MJ Boyd |
| Janie Glanton | Butler | Hardwick | Butler | | " |
| Louis Johns | Hardwick | Butler | | | " |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| | | | |