IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cr-63-MEF |
| | ) | |
| REGINALD RANDALL GLANTON | ) | |

# **O R D E R**

It is hereby ORDERED that jury selection and trial of this case is set for the term of court commencing on November 27, 2006 at 10:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

The Magistrate Judge shall conduct a pretrial conference prior to the November 27, 2007 trial term.

DONE this 27th day of October, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE