IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06-CR-63-MEF |
| | ) | |
| REGINALD RANDALL GLANTON | ) | |

### ORDER

Pursuant to the *Order* setting this case for trial on the November 27, 2006 term (Doc. 27, Oct. 27, 2006), it is

**ORDERED** that a supplemental pretrial conference is set at **11:00 a.m.** on **November 13, 2006,** in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, AL 36104.

Based on the initial pretrial conference on June 6, 2006, the parties have had sufficient time for the filing of pretrial motions, and no good cause has been shown to extend the lapsed deadlines. *Accordingly, counsel should be prepared at this supplemental conference to state with reasonable certainty their intent to proceed to trial or to consummate a plea agreement.* It is further

**ORDERED** that any requested voir dire questions and jury instructions be filed no later than one week before jury selection.

DONE this 30th day of October, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE