# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☐ Northern     ☑ Southern     ☐ Eastern

| | |
|---|---|
| HON. Delores Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 11-13-2006 | @ 10:35  ☑ a.m. ☐ p.m |
| DATE COMPLETED 11-13-2006 | @ 10:40  ☑ a.m. ☐ p.m |

**CASE NO.** 1:06CR63-MEF

UNITED STATES OF AMERICA     vs.     REGINALD RANDALL GLANTON
*Plaintiff(s)*                                  *Defendant(s)*

## APPEARANCES

**Plaintiff(s)/Government**          **Defendant(s)**
Hardwick                              Freeman

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.         Crt Rptr: _____
Law Clerk: _____                   Interpreter: _____
USPO/USPTS: _____                  Other: _____

### PROCEEDINGS:

☐ Motion Hearing: _____
☐ Status Conference       ☐ Oral Argument            ☐ Evidentiary Hrg.
☐ Revocation              ☐ Scheduling Conf.         ☐ Show Cause
☐ Settlement Conference   ☐ Telephone Conf.          ☐ Sentencing
☐ Non-Jury Trial          ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other _____

☑ **Pretrial Conference**

Pending Motions: None
Discovery Status: Complete          Plea Status: Plea
Trial Status/Length: 1 day          Trial Term: _____