COURTROOM DEPUTY'S MINUTES  DATE: 11/15/2006
MIDDLE DISTRICT OF ALABAMA  DIGITAL RECORDING: 12:26 – 12:44 pm
  COURT REPORTER: Jimmy Dickens

☐ ARRAIGNMENT   ☑ CHANGE OF PLEA   ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB   DEPUTY CLERK: sql
CASE NUMBER: 1:06CR63-MEF   DEFENDANT NAME: Reginald Randall GLANTON
AUSA: Hardwick   DEFENDANT ATTORNEY: Kevin Butler
Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES   Name:

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

PLEA:   ☐ Not Guilty
   ☑ Guilty as to: 1
     ☐ Count(s):
     ☐ Count(s):   ☐ dismissed on oral motion of USA
       ☐ to be dismissed at sentencing

☑ Written plea agreement filed   ☐ ORDERED SEALED
☑ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts   1   .
☐ CRIMINAL TERM:   ☐ WAIVER OF SPEEDY TRIAL filed.
   DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
   ☐ Trial on _____; ☐ Sentencing on _____
☑ ORDER: Defendant remanded to custody of U. S. Marshal for:
   ☐ Trial on _____; or ☑ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
       ☐ Defendant requests time to secure new counsel