# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. MARK E. FULLER             AT MONTGOMERY, AL

DATE COMMENCED:  2/20/07             AT:    9:00 a.m.
DATE COMPLETED:  2/20/07             AT:    9:20 a.m.

| United States of America | § | |
| | § | |
| vs. | § | CR NO. 1:06CR63-MEF |
| | § | |
| Reginald Randall Glanton | § | |

|     PLAINTIFF     | APPEARANCES: |     DEFENDANT     |
|---|---|---|
| A. Clark Morris | | Kevin L. Butler |
| John T. Harmon | | |

COURT OFFICIALS PRESENT:

| Jimmy Dickens, Court Reporter | Doug Mathis, USPO |
| David Housholder, Law Clerk | Scott Wright, USPO |
| Kelli Gregg, Courtroom Clerk | |

COURTROOM PROCEEDINGS:

( X )   Sentencing

9:00 a.m. -   Court convenes.
Defense counsel states the terms of the plea agreement to the Court.
Court will reject the plea agreement because the criminal history category does not fall within criminal history category III.
Defendant wishes to go forward with sentencing after the rejection of the plea agreement by the Court.
Court GRANTS Government's Motion for Downward Departure for Acceptance of Responsibility (Doc. #37).
Government Motions the Court to make the Forfeiture Allegation a Final Forfeiture Allegation and include it in the Judgment.
Court will GRANT the Forfeiture request.
Court sentences defendant and advises him of his right to an appeal.
Defendant is remanded to the custody of the U.S. Marshal.
9:20 a.m. -   Court is in recess.