```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                  SOUTHERN DIVISION

UNITED STATES OF AMERICA       )
                               )
        v.                     )   CR. NO. 1:06cr63-MEF
                               )
REGINALD RANDALL GLANTON       )
```

## MOTION TO ADD PUBLICATION DATES TO RECORD

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to enter into the record the attached legal notice reflecting publication of the Notice of Criminal Forfeiture in the <u>Montgomery Independent</u> newspaper on February 1, 8 and 15, 2007, regarding the subject forfeiture action.

Respectfully submitted this 22nd day of February, 2007.

                    FOR THE UNITED STATES ATTORNEY
                          LEURA G. CANARY


                    /s/John T. Harmon
                    John T. Harmon
                    Assistant United States Attorney
                    Bar Number: 7068-II58J
                    Office of the United States Attorney
                    Middle District of Alabama
                    One Court Square, Suite 201 (36104)
                    Post Office Box 197
                    Montgomery, Alabama 36101-0197
                    Telephone:(334) 223-7280
                    Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2007, I electronically filed the foregoing Motion to Add Publication Dates to Record with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Tommie Hardwick** and **Kevin Butler**.

        Respectfully submitted,


        /s/John T. Harmon
        John T. Harmon
        Assistant United States Attorney