IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cr-63-MEF |
| | ) | |
| REGINALD RANDALL GLANTON | ) | |

# **O R D E R**

Upon consideration of the government's Motion to Add Publication Dates to Record (Doc. #40) filed on February 22, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 26th day of February, 2007.

                                           /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE