AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

| | |
|---|---|
| DEFENDANT: REGINALD RANDALL GLANTON | Judgment — Page 2 of 6 |
| CASE NUMBER: 1:06CR63-MEF | |

RECEIVED

## IMPRISONMENT

2007 APR 19 P 12:58

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

UNITED STATES
MARSHALL
MIDDLE ALABAMA

**Thirty seven (37) months.**

X The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.**

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on 13 April 2007 to FCI TDG at Talladega, AL, with a certified copy of this judgment.

D.B. Drew, Warden
~~UNITED STATES MARSHAL~~

By S. Stokes, LIE
~~DEPUTY UNITED STATES MARSHAL~~

RETURNED AND FILED
APR 20 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.